

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00449-CR

| | | |
|---|---|---|
| Dustin Cole Clearman | § | From the 78th District Court |
| | § | of Wichita County (57,414-B) |
| v. | § | May 24, 2018 |
| | § | Per Curiam |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM